IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHEZ DELERANCE RICE, # 220474, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:20-cv-770-ECM |
| ) | (WO) |
| TAHIR SIDDIQ, ) | |
| ) | |
| Defendant. ) | |

## **OPINION and ORDER**

On February 12, 2021, the Magistrate Judge entered a Recommendation (doc. 15) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failures comply with the orders of this Court and to prosecute this case.

A separate Final Judgment will be entered.

Done this 11th day of March, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE